1  MAYER, BROWN, ROWE & MAW LLP
   EDWARD D. JOHNSON (SBN 189475)
2  Two Palo Alto Square, Suite 300
   3000 El Camino Real
3  Palo Alto, CA  94306
   Telephone:   (650) 331-2000
4  Facsimile:    (650) 331-4537
   wjohnson@mayerbrownrowe.com
5
   MAYER, BROWN, ROWE & MAW LLP
6  RICHARD J. FAVRETTO
   1909 K Street, N.W.
7  Washington, D.C. 20006
   Telephone:   (202) 263-3000
8  Facsimile:    (202) 263-3300
   rfavretto@mayerbrownrowe.com
9
   Attorneys for Defendants
10 UNITED AIRLINES, INC.

11 Additional Counsel Appear on Signature Page

12

13                   **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**
                                                              JSW
15 RONALD H. COWAN,                    CASE NO. CV 06-04331 ~~EMC~~
   on behalf of himself and all others
16 similarly situated,                 **STIPULATION PURSUANT TO
                                        LOCAL RULE 6-1 TO EXTEND
17              Plaintiff,              TIME TO RESPOND TO
                                        COMPLAINT**
18 v.

19 BRITISH AIRWAYS PLC, VIRGIN
20 ATLANTIC AIRWAYS LIMITED, and
   UNITED AIRLINES, INC.,
21
                Defendants.
22

23

24        Pursuant to Local Rule 6-1, in light of the transfer motion now pending

25 before the Judicial Panel on Multidistrict Litigation ("JPML") captioned *In re*

26 *International Air Transportation Surcharge Antitrust Litigation*, MDL Docket No.

27 1793, Plaintiff Ronald H. Cowan ("Plaintiff") and Defendants British Airways Plc,

28

1

2

3

4

Virgin Atlantic Airways Limited, and United Airlines, Inc. (collectively, the "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

5

6

7

8

9

10

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when the Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion and consolidates each related action in a single court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the Defendant represented by each such counsel of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest sufficiency of process or service of process.   This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue.  Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph.  The above notwithstanding, should any Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

24

25

Respectfully submitted,

26

27

28

-2-

1

Dated:  July 28, 2006                    FURTADO JASPOVICE & SIMONS, ALC

2

3                                        /s/
                                         Richard J. Simons (SBN 72676)
4                                        Nadia M. Lockyer (SBN 192536)
                                         FURTADO JASPOVICE & SIMONS, ALC
                                         22274 Main Street
5                                        Hayward, CA 94541
                                         T:  (510) 582-1080
6                                        F:  (510) 582-8254

7                                        *Attorneys for Plaintiff Ronald H. Cowan*

8  Dated:  July 28, 2006                    MAYER, BROWN, ROWE & MAW LLP

9

10                                       /s/
                                         Edward D. Johnson (SBN 189475)
11                                       MAYER, BROWN, ROWE & MAW LLP
                                         Two Palo Alto Square, Suite 300
12                                       3000 El Camino Real
                                         Palo Alto, CA  94306
13                                       T: (650) 331-2000
                                         F: (650) 331-4537

14
                                         Richard J. Favretto
15                                       MAYER, BROWN, ROWE & MAW LLP
                                         1909 K Street, NW
16                                       Washington, DC  20006

17                                       *Attorneys for Defendant United Air Lines, Inc.*

18  Dated:  July 28, 2006                    SULLIVAN & CROMWELL LLP

19                                       /s/
                                         Brendan P. Cullen (SBN 194057)
20                                       SULLIVAN & CROMWELL LLP
                                         1870 Embarcadero Road
21                                       Palo Alto, CA  94303
                                         T:  (650) 461-5600
22                                       F:  (650) 461-5700

23                                       Daryl A. Libow
                                         SULLIVAN & CROMWELL LLP
24                                       1701 Pennsylvania Avenue, NW
                                         Washington, DC  20006

25

26                                       *Attorneys for Defendant British Airways Plc*

27

28                                       -3-

1

2    Dated:  July 28, 2006                          SIMPSON THACHER & BARTLETT LLP

3                                                   /s/
                                                    Harrison J. Frahn (SBN 206822)
4                                                   SIMPSON THACHER & BARTLETT LLP
                                                    2550 Hanover Street
5                                                   Palo Alto, CA  94304
                                                    T:  (650) 251-5000
6                                                   F:  (650) 251-5002

7                                                   Charles E. Koob (SBN 47349)
                                                    SIMPSON THACHER & BARTLETT LLP
8                                                   425 Lexington Avenue
                                                    New York, NY 10017
9
                                                    *Attorneys for Defendant Virgin Atlantic*
10                                                  *Airways Limited*

11   PURSUANT TO STIPULATION,
     IT IS SO ORDERED:
12

13
     Date:  July 31, 2006
14

15

16   Honorable Judge Edward M. Chen

17   JEFFREY S. WHITE
     UNITED STATES DISTRICT COURT
18   JUDGE

19

20

21

22

23

24

25

26

27

28
                                               -4-