1  Richard J. Simons (SBN 72676)
   Nadia M. Lockyer (SBN 192536)
2  FURTADO JASPOVICE & SIMONS, ALC
   22274 Main Street
3  Hayward, CA 94541
   Telephone: 510-351-6111
4  Facsimile: 510-351-8254

5  *Attorneys for Plaintiff Ronald H. Cowan and
   the Proposed Class*
6

7
   Micha Star Liberty (SBN 215687)
8  LIBERTY LAW OFFICE
   1438 Market Street
   San Francisco, CA 94102
9  Telephone:  (415) 896-1000
   Facsimile:  (415) 896-2249
10 micha@libertylaw.com

11 *Attorney for Plaintiff and the Proposed Class*

12

13
                    UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA

15
   IN RE INTERNATIONAL AIR                  Case No.  M:06-cv-01793- CRB
16 TRANSPORTATION SURCHARGE
   ANTITRUST LITIGATION
17                                          MDL No. 1793

18 This document relates to:                **NOTICE OF SUBSTITUTION OF**
   *Cowan v. British Airways, et al.,* Case No.  **COUNSEL**
19 C 06-4331

20

21

22      TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD, please take

23 notice that Plaintiff Ronald H. Cowan hereby substitutes Micha Star Liberty of Liberty Law

24 Office, along with Richard J. Simons of Furtado Jaspovice & Simons, ALC, as his attorneys

25 of record in the above-captioned matter in place of Jennie Lee Anderson and Lori Andrus of

26 the law firm of Andrus Anderson LLP, previously of Andrus Liberty & Anderson, who have

27
   withdrawn as counsel.
28

_____
Notice of Substitution of Counsel                                                    Page 1

1   I hereby consent to the above substitution and withdraw as counsel for Plaintiff Ronald
2   H. Cowan.

DATED:  March 11, 2009                              By:      /s/ *Jennie Lee Anderson*___
                                                                 Jennie Lee Anderson

                                                                 Jennie Lee Anderson
                                                                 Lori E. Andrus
                                                                 ANDRUS ANDERSON LLP
                                                                 155 Montgomery Street, 9th Floor
                                                                 San Francisco, CA 94104
                                                                 Phone: (415) 986-1400
                                                                 Fax:    (415) 986-1474

   I hereby consent to the above substitution.

DATED:  March 11, 2009                              By:      /s/ *Richard J. Simons*___
                                                                 Richard J. Simons

                                                                 Richard J. Simons
                                                                 Nadia M. Lockyer
                                                                 Furtado Jaspovice & Simons, ALC
                                                                 22274 Main Street
                                                                 Hayward, CA 94541
                                                                 Phone: (510) 351-6111
                                                                 Fax:    (510) 351-8254

   I am duly admitted to practice in this District and consent to the above substitution.

DATED:  March 11, 2009                              By:      /s/ *Micha Star Liberty*___
                                                                 Micha Star Liberty

                                                                 Micha Star Liberty
                                                                 LIBERTY LAW OFFICE
                                                                 1438 Market Street
                                                                 San Francisco, CA 94102
                                                                 Phone: (415) 986-1000
                                                                 Fax:    (415) 986-2249

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

_____
Notice of Substitution of Counsel                                                                       Page 2